# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALMATINA SMITH, ) | Case No.: 12-cv-07618-JGB-CW |
| Plaintiff ) | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. ) | |
| PROGRESSIVE FINANCIAL SERVICES, INC.; et al, ) | |
| Defendants ) | |

Pursuant to the parties' stipulation this court hereby dismisses the entire action with prejudice.

IT IS SO ORDERED

DATE: 7/10/13               BY: _____
                                                 UNITED STATES DISTRICT JUDGE

JS-6